UNITED STATES of America, Plaintiff–Appellee,

v.

Dwayne Curtis DELESTON, Defendant–Appellant.

No. 12–6378.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 6, 2012.

Dwayne Curtis Deleston, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Curtis Deleston appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Deleston*, No. 2:99–cr–00751–DCN–6 (D.S.C. Feb. 15, 2012). We deny Deleston's motions to proceed under the Criminal Justice Act, for stay pending appeal, and to remand the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*